

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-01059-CV

TYRONE TANNER, Appellant

V.

KATHLEEN BLACK, Appellee

Appeal from the 434th District Court of Fort Bend County. (Tr. Ct. No. 12-DCV-198557).

This case is an appeal from the final judgment signed by the trial court on September 9, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment in that it struck Tyrone Tanner's individual pleadings and ordered him to pay Kathleen Black's attorney's fees and costs of court as a sanction. Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court for further proceedings consistent with this Court's opinion.

The Court **orders** that the appellee, Kathleen Black, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 12, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Massengale.